UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>   Plaintiff,<br><br> v.<br><br>OFFICER JEFF LYNCH, et al.,<br><br>   Defendants. | Case No. 22-cv-05334-YGR (PR)<br><br>**ORDER OF TRANSFER** |

  Plaintiff, a civil detainee, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at California State Prison-Sacramento, which is located in the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

  If plaintiff wishes to further pursue this action, he must complete the *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail it to that district.

  IT IS SO ORDERED.

Dated: September 23, 2022

                 _____
                 JUDGE YVONNE GONZALEZ ROGERS
                 United States District Judge