UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL, | No. 2:22-cv-1685 KJN P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| JEFF LYNCH, et al., | |
| Defendants. | |

By order filed November 1, 2022, plaintiff was ordered to show cause, within twenty-one days, why his application to proceed in forma pauperis should not be denied and plaintiff be ordered to pay the filing fee. He was cautioned that failure to comply with this order will result in a recommendation of dismissal of this action. The twenty-one day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

1 | with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
2 | and Recommendations."  Plaintiff is advised that failure to file objections within the specified
3 | time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
4 | (9th Cir. 1991).

Dated:  December 1, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/hill1685.fsc