UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFF LYNCH, et al.,<br><br>  Defendants. | No. 2:22-cv-01685-TLN-KJN<br><br>**ORDER** |

Plaintiff, a civil detainee proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2022, are ADOPTED IN FULL;

2. Plaintiff's motion for leave to proceed in forma pauperis is DENIED; and

3. Plaintiff shall pay the $402.00 filing fee within fourteen days from the date of this order; failure to do so will result in the dismissal of this action

**DATE: February 7, 2023**

      Troy L. Nunley
      United States District Judge

2