UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL, | No. 2:22-cv-1685 TLN KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| JEFF LYNCH, et al., | |
| Defendants. | |

    By an order filed February 8, 2023, plaintiff was ordered to pay, within fourteen days, the appropriate filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The order was re-served on plaintiff's new address on February 21, 2023. Fourteen days from that date have expired, and plaintiff has not paid the court's filing fee, or otherwise responded to the court's order.

    Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

    In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 20, 2023

/hill1685.fpf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE